No. 12–6072.  Reyes v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.  C. A. 5th Cir.  Certiorari denied.

No. 12–6077.  Heyne v. Florida.  Sup. Ct. Fla.  Certiorari denied.

No. 12–6086.  Annabel v. Wolfenbarger, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 12–6099.  Broussard v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.  C. A. 5th Cir.  Certiorari denied.

No. 12–6100.  Burghardt v. California.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 12–6101.  Hunter v. Bondi, Attorney General of Florida.  C. A. 11th Cir.  Certiorari denied.

No. 12–6102.  Wilson v. Gavagni et al.  C. A. 11th Cir.  Certiorari denied.

No. 12–6123.  Caraballo v. Florida.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 12–6125.  Gray v. Palmer, Warden, et al.  C. A. 9th Cir.  Certiorari denied.

No. 12–6162.  Trotter v. Ayres et al.  Ct. App. Ga.  Certiorari denied.

No. 12–6181.  Sonachansingh v. Lee, Superintendent, Green Haven Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 12–6188.  Ramsey v. Curtin, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 12–6238.  Kronenberg v. Ohio.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 12–6239.  McCormick v. Schmidt.  C. A. 10th Cir.  Certiorari denied.

No. 12–6246.  Deleston v. Rivera, Warden, et al.  C. A. 4th Cir.  Certiorari denied.